7:23-cv-00001-BO

I would like to file a claim

| PLAINTIFF | DEFENDANT |
|---|---|
| James E. Lawton<br>2501 Callison Hwy<br>Greenwood, SC<br>29646 | Champ Lejune<br>Toxic water<br>Jacksonville, NC |

v.

864-227-2471

*James E. Lawton*

RECEIVED
JAN 05 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Case 7:23-cv-00001-BO-KS   Document 1   Filed 01/05/23   Page 1 of 1