UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. LAWTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:23-CV-1-BO** |
| CAMP LEJEUNE TOXIC WATER, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss by defendant [DE 9] is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

<u>This Judgment filed and entered on July 28, 2023, and copies to:</u>

| | |
|---|---|
| James E. Lawton | (Sent to 2501 Callison Hwy Greenwood, SC 29646 US Mail) |
| Allison Meredith O'Leary | (via CM/ECF electronic notification) |
| Elizabeth Platt | (via CM/ECF electronic notification) |
| Haroon Anwar | (via CM/ECF electronic notification) |
| Patrick Ryan | (via CM/ECF electronic notification) |

July 28, 2023                                   PETER A. MOORE, JR.
                                                Clerk of Court


                                                By: /s/ Nicole Sellers
                                                    Deputy Clerk